Alvarez, Apelante, *v.* Díaz, Apelado.

Corte de Distrito de Arecibo.    Nulidad de venta de finca.

No. 2441.—Resuelto en abril 17, 1922.

La corte dictó sentencia declarando el sobreseimiento del caso sin especial condena de costas. La demandante apelante solicita la revocación porque se cometió error en la apreciación de las pruebas. *Se resolvió:* que no aparece el error que se atribuye teniendo en cuenta la naturaleza de las declaraciones prestadas. *Confirmada.* El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

---

Crespo, Apelante, *v.* The Porto Rican & American Insurance Company, Apelada.

Corte de Distrito de San Juan, Segundo Distrito.

No. 2710.—Resuelto en abril 25, 1922.

En el presente caso se pidió la desestimación de la apelación porque vencida la última prórroga para perfeccionar la apelación en marzo 17, 1922 "sin que hasta el día de hoy (cuatro de abril, fecha de la moción) haya hecho gestión alguna el demandante apelante para obtener nuevas prórrogas y perfeccionar su apelación." No se alega si el apelante radicó o no la transcripción en el Tribunal Supremo por cuyo motivo se declaró sin lugar la moción. El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.